# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. **25-mj-2100DPR** |
| ) | |
| ) | |
| Bob Hunter ) | |
| **Defendant.** ) | |

## ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY

ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and

processed in accordance with established procedure.


By: /s/ Willie J. Epps, Jr.
Willie J. Epps, Jr.
Chief United States Magistrate Judge

Dated: 5/22/2026

Springfield, Missouri